IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, as subrogee of TERRAGLIA REALTY CO., INC. | CIVIL ACTION NO.: 2:14-cv-8098-SDW-SCM |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| MARVIN RODRIQUEZ, et al. | |
| Defendants. | |

## ORDER OF DEFAULT JUDGMENT

Defendant Alejandro Camacho, individually and doing business as Alex Bistro, LLC, having failed to plead or otherwise defend this action and his default having been duly entered,

Now, upon application of Plaintiff and Affidavit demonstrating that Defendant owes Plaintiff the sum of $424,075.93, and that Defendant is not a minor nor an incompetent person, nor in the military service of the United States, and that Plaintiff has incurred costs in the sum of $400.00,

It is hereby **ORDERED AND ADJUDGED** that Plaintiff recover from Defendant Alejandro Camacho, individually and d/b/a Alex Bistro, LLC, the principal amount of $424,075.93, with costs in the amount of $400.00 for a total judgment of $424,475.93 with interest as provided by law.

Dated: Sept. 8, 2015

By the Court,

United States District Judge

NOTE: The post judgment interest rate effective this date is 0.25%.